UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>         Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>         Defendant. | No. 2:25-cv-1542-TLN-SCR<br><br>**ORDER** |

Plaintiff Kenneth Hill ("Plaintiff"), a county prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2025, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (ECF No. 11.) This deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

1

1 | Having reviewed the file, the Court finds the findings and recommendations to be supported by
2 | the record and by the proper analysis.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |   1. The findings and recommendations, (ECF No. 11), are adopted in full;
5 |   2. The case is REMANDED to the Sacramento County Superior Court; and
6 |   3. The Clerk of the Court is directed to CLOSE this case.
7 | Date: October 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE